In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

NO. 09-13-00044-CR
_____

GARY DWIGHT GORDON JR., Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the Criminal District Court
Jefferson County, Texas
Trial Cause No. 08-02779

MEMORANDUM OPINION

The trial court sentenced Gary Dwight Gordon Jr. on a conviction for aggravated robbery. Gordon filed a notice of appeal. The trial court entered a certification of the defendant's right to appeal in which the court certified that this is a plea-bargain case and the defendant has no right of appeal. *See* Tex. R. App. P. 25.2(a)(2). The district clerk has provided the trial court's certification to the Court of Appeals. The clerk of this Court notified the parties that the Court would dismiss the appeal unless the appellant established grounds for continuing the

1

appeal. The appellant filed a response but failed to establish that the trial court's certification should be amended. Because the record does not contain a certification that shows the defendant has the right of appeal, we dismiss the appeal. *See* Tex. R. App. P. 25.2(d).

APPEAL DISMISSED.

_____
DAVID GAULTNEY
Justice

Opinion Delivered March 6, 2013
Do Not Publish

Before McKeithen, C.J., Gaultney and Horton, JJ.

2